IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY J. MADAY, JR.,

     Petitioner,

                                   ORDER

v.

Plaintiff David E. Sierra-Lopez                  Case No. 20-cv-343-bbc

BRENT FLUKE, WARDEN MDSP

and KEVIN CARR, SECRETARY WI DOC.

     Respondents.

Petitioner Stanley J. Maday, Jr. seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 5, 2020. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 14, 2019 through the date of the petition, April 13, 2020.

ORDER

IT IS ORDERED that:

1.     Petitioner Stanley J. Maday, Jr. may have until May 5, 2020, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.    If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 5, 2020, I will assume that petitioner wishes to withdraw this petition.

Entered this 13th day of April, 2020.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge