IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY J. MADAY, JR.,

    Petitioner,

  v.

                                        Case No. 20-cv-343-bbc

BRENT FLUKE AND KEVIN CARR,

    Respondents.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Stanley J. Maday, Jr.'s petition and dismissing this case.

| /s/ | 4/27/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |